UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>  v.<br><br>SEATREE PLLC, JAMES J. NAMIKI, KING COUNTY, and JANE DOES,<br><br>               Defendants. | C17-1572 TSZ<br><br>MINUTE ORDER |
| JOHN DOE,<br><br>               Plaintiff,<br><br>  v.<br><br>SEATREE PLLC, and JAMES J. NAMIKI,<br><br>               Defendants. | C17-1681 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Leave to Proceed Under Pseudonym and for Protective Order, docket no. 3 in C17-1572, and Motion for Leave to Proceed Under Pseudonyms as Provided by a Proposed Protective Order, docket no. 21 in C17-1681, are DENIED. Plaintiff has not demonstrated that anonymity protection is warranted or otherwise established good cause for a protective order. Plaintiff is DIRECTED to file

MINUTE ORDER - 1

with the Court a document identifying "John Doe," "John Doe PLLC," and "Janet Roe" no later than January 30, 2018. The parties are DIRECTED to follow the procedures set forth in LCR 26(c) prior to filing any subsequent motions for a protective order.

(2) Plaintiff's motion for extension of time, docket no. 10 in C17-1681, is STRICKEN as moot. Plaintiff has already responded to the motion to dismiss filed by Defendants Seatree PLLC and James J. Namiki, docket no. 7 in C17-1681. *See* docket no. 12 in C17-1681.

(3) Plaintiff's motion for reconsideration, docket no. 23 in C17-1572, is RENOTED to January 12, 2018. Defendants Seatree PLLC and James J. Namiki are DIRECTED to file their response, if any, to Plaintiff's motion for reconsideration, docket no. 23 in C17-1572, no later than January 12, 2018. Plaintiff shall not file any reply unless ordered to do so by the Court.

(4) Both motions to dismiss filed by Defendants Seatree PLLC and James J. Namiki, docket no. 9 in C17-1572 and docket no. 7 in C17-1681, are RENOTED to February 9, 2018.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of January, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 2