UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>SEATREE PLLC, et al.,<br><br>                Defendants. | C17-1572 TSZ<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Plaintiff's Motion for Reconsideration, docket no. 23 (the "Motion"), is GRANTED in part and DENIED in part. Plaintiff shall have until February 2, 2018, to respond to Defendants SeaTree PLLC and James Namiki's Motion to Dismiss, docket no. 9. Any reply shall be due no later than February 9, 2018. Plaintiff's request for *ex parte* communication with the Court concerning the identity of Plaintiff's clients is DENIED without prejudice. Insofar as Plaintiff believes his clients' confidences or attorney-client privileges are being threatened (*see* Motion at 3), Plaintiff is DIRECTED to file, upon conferring in good faith with opposing counsel, a motion for protective order pursuant to Federal Rule of Civil Procedure 26(c).

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 17th day of January, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1