```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>  v.<br><br>SEATREE PLLC, JAMES J. NAMIKI, KING COUNTY, and JANE DOES,<br><br>                Defendants. | C17-1572 TSZ<br><br>MINUTE ORDER |
| JOHN DOE,<br><br>                Plaintiff,<br><br>  v.<br><br>SEATREE PLLC, and JAMES J. NAMIKI,<br><br>                Defendants. | C17-1681 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Plaintiff's "Motion for an Order (i) Providing Facially-Different-Strings to Allow Easy Differentiation of Dale Cook in his Five (5) Different Respective Legal Entity Roles, and (ii) Restricting Use of Negative Pregnants in View of Dale Cook, in his Individual/Personal Capacity's, Pro Se Status," docket no. 30 in C17-1572, and "Motion for an Order (i) Providing Facially-Different-Strings to Allow Easy

MINUTE ORDER - 1

Differentiation of Actual Human Person Dale Cook and his Five (5) Separate Legal Entities/Roles, and (ii) Restricting Use of Negative Pregnants in View of Dale Cook, in his Individual/Personal Capacity, Pro Se Status," docket no. 24 in C17-1681, are DENIED. The parties are DIRECTED to refrain from using pseudonyms when referring to any individual or entity and shall refer to any legal entity by that entity's registered legal name, as depicted on the corporate filings in the state(s) in which that entity operates.[1] This is not an "unusual case" where the use of pseudonyms is appropriate, *see, e.g.*, *United States v. Doe*, 488 F.3d 1154, 1156 n.1 (9th Cir. 2011), and the Court is satisfied that uniformly utilizing legal names will provide the Court and the parties with greater clarity and consistency going forward.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of March, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

---

[1] To be clear, the parties need not refile any document filed prior to this Minute Order and already containing the use of pseudonyms.

MINUTE ORDER - 2