UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>   v.<br><br>SEATREE PLLC, JAMES J. NAMIKI, KING COUNTY, and JANE DOES,<br><br>              Defendants. | C17-1572 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion requesting additional time to reply to its motion to amend/supplement the complaint, docket no. 46 in C17-1572, is GRANTED. The Court will treat Plaintiff's reply brief, docket no. 39 in C17-1572, as timely filed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of April, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1