UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ICT LAW AND TECHNOLOGY
GROUP PLLC,

               Plaintiff,

    v.

SEATREE PLLC, et al.,

               Defendants.

C17-1572 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    ICT Law and Technology Group PLLC's ("ICT Law") motion for relief from deadline to file a motion for reconsideration, docket no. 86, is GRANTED in part and DENIED in part. ICT Law shall have until Friday, July 13, 2018, to file any motion to reconsider the Court's order of dismissal, docket no. 85. ICT Law shall refrain from filing any amended complaint, if appropriate, until after the Court has ruled on any motion to reconsider.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1