UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICT LAW AND TECHNOLOGY GROUP PLLC,<br><br>      Plaintiff,<br><br> v.<br><br>SEATREE PLLC, et al.,<br><br>      Defendants. | C17-1572 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs motion to amend under Rule 59(e), docket no. 100, is DENIED. Having reviewed the record and finding no issues remaining for the Court's determination, the Court DIRECTS the Clerk to close this case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of September, 2018.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk

MINUTE ORDER - 1